186 So. 914
**William P. SWIFT v. Young Edward HOLLOWAY et al.**
**2 Div. 126.**

Supreme Court of Alabama.
Jan. 27, 1939.

Pitts & Pitts, of Selma, for appellant.

Guy Rice, and Douglas Booth, of Prattville, for appellees.

PER CURIAM.
Appeal dismissed by appellant.

188 So. 922
**Erma W. THOMASSON v. BIRMINGHAM TRUST & SAVINGS CO., as Ex'r., etc.**
**6 Div. 305.**

Supreme Court of Alabama.
April 18, 1939.

PER CURIAM.
Appeal dismissed on motion of appellant.

185 So. 918
**Ex parte The TRAVELERS INSURANCE CO.**
**2 Div. 138.**

Supreme Court of Alabama.
Dec. 9, 1938.

Bradley, Baldwin, All & White and Kingman C. Shelburne, all of Birmingham, and J. F. Aldridge, of Eutaw, for petitioner.

PER CURIAM.
Rule nisi denied.

188 So. 922
**Albert WILKERSON, alias Wilkinson, v. STATE.**
**1 Div. 44.**

Supreme Court of Alabama.
April 13, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.
Appeal withdrawn by appellant.

185 So. 919
**Eugene H. WINSTON v. Sam A. WILLIAMS, Secretary State Board of Pharmacy of Ala.**
**6 Div. 429.**

Supreme Court of Alabama.
Dec. 23, 1938.

Barber & Barber, of Birmingham, for appellant.

Lange, Simpson & Brantley, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.